IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 MAY -2 AM 9: 33
ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                      CR. NO.: 04-20056-M1

ROY C. PAGE,

    Defendant.

### ORDER TO CONTINUE SENTENCING HEARING

Upon motion by the Defendant, by consent of the Government and for good cause show, the sentencing hearing in the above-referenced cause is continued until the **3rd** day of **August**, 2005, at **9:00** (a.m.)/p.m.

IT IS SO ORDERED this **2** day of **May**, 2005.

_____
HONORABLE JON McCALLA
UNITED STATES DISTRICT JUDGE

APPROVED:

_____
RANDALL W. PIERCE, #7699
Attorney for Defendant
P.O. Box 3410
Memphis, TN 38173-0410
901-523-1844

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 5-2-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 26 in case 2:04-CR-20056 was distributed by fax, mail, or direct printing on May 2, 2005 to the parties listed.

---

Randall W. Pierce
WAMPLER & PIERCE
P.O. Box 3410
Memphis, TN 38173--041

Joseph C. Murphy
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Robert A. Wampler
WAMPLER & PIERCE
P.O. Box 3410
Memphis, TN 38173--041

Honorable Jon McCalla
US DISTRICT COURT